# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RUSSELL MYERS,

    **Plaintiff,**

vs.           Case No.  6:06-cv-550-Orl-22KRS

METROPOLITAN LIFE INSURANCE
COMPANY,

    **Defendant.**

_____

# ORDER OF RECUSAL

  Upon the Court's own motion, based upon the Court's review of the file in this case, the

undersigned Judge determines the interests of justice would be served by recusal from this case.

A member of my family is a member of a law firm representing one of the parties in this case.

The Clerk of Court is directed to reassign this case to another magistrate judge.

  **DONE** and **ORDERED** in Chambers in Orlando, Florida on May 19, 2006.

        *Karla R. Spaulding*
        KARLA R. SPAULDING
       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record